IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR WHITEHEAD,

    Plaintiff,

vs.                                     CASE NO. 5:11-cv-8/RS-CJK

GULF COAST HYPERBARIC INC.,

    Defendants.
_____/

## ORDER

Consideration of Plaintiff's Notice Requesting Clerk to Appoint Mediator is deferred until counsel certifies compliance with N.D. Fla. Loc. R. 7.1(B).

**ORDERED** on July 20, 2011.

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**